JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**             **U.S. District Court - District of Massachusetts**

**Place of Offense:**    Category No. **II**    Investigating Agency **USPIS**

City: **Boston, Somerville**

County: **Suffolk, Middlesex**

**Related Case Information:**
- Superseding Ind./ Inf. _____ Case No. _____
- Same Defendant _____ New Defendant **X**
- Magistrate Judge Case Number _____
- Search Warrant Case Number: **19-mj-7057-JCB, 19-mj-7303-JCB**
- R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: **Aaron Smith**    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) **Boston, MA**

Birth date (Yr only): **1987**    SSN (last4#): **7556**    Sex: **M**    Race: **W**    Nationality: **US**

Defense Counsel if known: _____    Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA: **James E. Arnold**    Bar Number if applicable: _____

Interpreter: ☐ Yes ☑ No    List language and/or dialect: _____

Victims: ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

Matter to be SEALED: ☐ Yes ☑ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as of _____ in _____
☑ Already in State Custody at _____ ☐ Serving Sentence ☑ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:** ☐ Petty    ☐ Misdemeanor    ☑ Felony **1**

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: **9/9/2019**    Signature of AUSA: _[signature]_

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Aaron Smith

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846, 841(a)(1) and (b)(1)(A)(viii) | Conspiracy to distribute and possess with Intent to distribute 500 grams or more of methamphetamine | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

cr js-45-MA2011.wpd - 3/25/2011