# Criminal Case Cover Sheet

U.S. District Court - District of Massachusetts

**Place of Offense:**
City: Boston, Somerville
County: Suffolk, Middlesex

Category No. III
Investigating Agency: USPIS

**Related Case Information:**
Superseding Ind./ Inf.: ___
Case No.: ___
Same Defendant: X
New Defendant: ___
Magistrate Judge Case Number: 19-mj-7304-JCB
Search Warrant Case Number: 19-mj-7057-JCB, 19-mj-7303-JCB
R 20/R 40 from District of: ___

## Defendant Information:

Defendant Name: Aaron Smith
Juvenile: ☐ Yes ☑ No
Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No
Alias Name: ___
Address: (City & State) Boston, MA
Birth date (Yr only): 1987
SSN (last4#): 7556
Sex: M
Race: W
Nationality: US

**Defense Counsel if known:** Ivan Mercado
Address: 1330 Beacon Street, Suite 300, Brookline, MA 02446
Bar Number: ___

## U.S. Attorney Information:

AUSA: James E. Arnold
Bar Number if applicable: ___

Interpreter: ☐ Yes ☑ No  List language and/or dialect: ___

Victims: ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

Matter to be SEALED: ☐ Yes ☑ No

☐ Warrant Requested    ☐ Regular Process    ☑ In Custody

**Location Status:**

Arrest Date: ___

☑ Already in Federal Custody as of September 20, 2019 in Wyatt.
☐ Already in State Custody at ___ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: ___ on ___

**Charging Document:** ☐ Complaint  ☑ Information  ☐ Indictment

**Total # of Counts:** ☐ Petty  ☐ Misdemeanor  ☑ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 02/14/2020
Signature of AUSA: [signature]

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**  Aaron Smith

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846, 841(a)(1) and (b)(1)(A)(viii) | Conspiracy to distribute and possess with intent to distribute 500 grams or more of a mixture and substance containing methamphetamine | 1 |
| Set 2 | 21 USC 841(b)(1)(B)(viii) | Possession with intent to distribute 50 grams or more of a mixture and substance containing methamphetamine | 2 |
| Set 3 | 21 USC 853 | Drug Forfeiture Allegation | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____